```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23572
    LEAVY DEAL III
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-6424


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/15/2007 and was confirmed 02/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER    SECURED           2500.00           .00         165.00
OPTION ONE MORTGAGE      CURRENT MORTG        .00            .00            .00
OPTION ONE MORTGAGE      MORTGAGE ARRE        .00            .00            .00
ILLINOIS DEPT OF REV     PRIORITY       NOT FILED            .00            .00
AMSHER COLL              UNSEC W/INTER  NOT FILED            .00            .00
BALLYS TOTAL FITNESS     UNSEC W/INTER  NOT FILED            .00            .00
FIRST PREMIER BANK       UNSEC W/INTER  NOT FILED            .00            .00
MERRICK                  UNSEC W/INTER  NOT FILED            .00            .00
GMAC                     UNSEC W/INTER    6293.43         302.84         145.49
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT     284.00            .00         284.00
OPTION ONE               NOTICE ONLY    NOT FILED            .00            .00
MONIQUE DEAL             NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,500.00                     3,500.00
TOM VAUGHN               TRUSTEE                                         371.57
DEBTOR REFUND            REFUND                                          622.50

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               5,391.40

PRIORITY                                    284.00
SECURED                                     165.00
UNSECURED                                   145.49
    INTEREST                                302.84
ADMINISTRATIVE                            3,500.00
TRUSTEE COMPENSATION                        371.57
DEBTOR REFUND                               622.50
                    --------------      --------------
TOTALS                5,391.40            5,391.40

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23572 LEAVY DEAL III
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/09/09
                              /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE